# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 8, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155829 & (59)(60)

KIMBERLY HATCHER,
             Plaintiff-Appellee,

v                                                        SC: 155829
                                                         COA: 330062
                                                         Macomb CC: 2013-003906-NF

LIBERTY MUTUAL INSURANCE
COMPANY,
             Defendant-Appellant.

_____/

   On order of the Court, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 8, 2017



Clerk

a0905